```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
                                   :
UNITED STATES OF AMERICA,          :
                                   :
        - against -                :    NOTICE OF APPEARANCE
                                   :
AARON BIRCH, et al.,               :    S-4 07 Cr. 3 (BSJ)
                                   :
                Defendants.        :
                                   :
----------------------------------x
```

TO:   Clerk of the Court
      United States District Court
      Southern District of New York

Sirs:

You are hereby notified that I appear for Aaron Birch, a defendant in the above entitled action. I have been appointed pursuant to the Criminal Justice Act, and am and was admitted to this Court on October 30, 1973. I do hereby certify that I have filed a Certificate of Good Standing from the New York State Courts, pursuant to Criminal Rule 1 of the Local Rules for the Southern District and Eastern Districts of New York.

Dated:   New York, New York
         May 15, 2008

Respectfully submitted,

*/s/ Ronald L. Garnett*

_____
Ronald L. Garnett
Attorney for Defendant
  Aaron Birch
299 Broadway, Suite 1802
New York, NY  10007-1904
(212) 587-5159 (Office)
(212) 587-3867 (Fax)