```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
UNITED STATES OF AMERICA,            :   07 CR. 03 (BSJ)
                                     :        ORDER
          -v-
                                     :
AARON BIRCH,
               Defendant.            :
---------------------------------------- X
```

BARBARA S. JONES, District Judge:

IT IS HEREBY ORDERED that C.J.A. attorney Curtis Farber is replaced by C.J.A. attorney Ronald Garnett as counsel for defendant Aaron Birch effective May 15, 2008.

SO ORDERED.

Dated:   New York, New York
         May 15, 2008

                                    _____
                                         BARBARA S. JONES
                                    United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/08
```